421 A.2d 213

## COMMONWEALTH of Pennsylvania

v.

## Lee Irvin GREEN, Jr., Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 3, 1980.

Decided Nov. 3, 1980.

John Woodcock, Jr., Public Defender, Hollidaysburg, for appellant.

Oliver E. Mattas, Jr., Dist. Atty., Charles P. Wasovich, Hollidaysburg, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Blair County is affirmed.